AO 91 (Rev. 02/09) Criminal Complaint

**FELONY**

United States Courts
Southern District of Texas
FILED

# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

*May 26, 2023*

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Jairo VILLEGAS | )<br>)<br>)<br>)<br>)<br>) |

Case No.  **B-23-MJ-405**

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of      May 25, 2023      in the county of      Cameron      in the      Southern      District of
Texas   , the defendant violated      18      U. S. C. §      554 and 371
an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: one (1) Mossberg International AR style .22 caliber rifle, nine (9) assorted caliber magazines, one (1) 50 round 9mm caliber Drum magazine, and 990 rounds of assorted ammunition.

This criminal complaint is based on these facts:

See attachment A

☒ Continued on the attached sheet

FRANCISCO J MATA   Digitally signed by FRANCISCO J MATA
Date: 2023.05.26 01:58:53 -05'00'

*Complainant's signature*

Francisco Javier Mata, Special Agent

*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on May 26, 2023.

Date:      May 26, 2023

*Judge's signature*

City and state:      Brownsville, Texas

Ronald G. Morgan, U.S. Magistrate Judge
*Printed name and title*

Attachment A                                    **B-23-MJ-405**

On May 25, 2023, a vehicle being driven by Jairo VILLEGAS attempted to exit the United States to Mexico through the Veterans International Bridge in Cameron County, Texas. At approximately 5:30 PM, a CBP officer conducted an outbound inspection of VILLEGAS. VILLEGAS provided a negative declaration for firearms and ammunition. VILLEGAS was asked to exit the vehicle for a more thorough inspection. VILLEGAS exited the vehicle and moments later fled the location on foot.  VILLEGAS was apprehended shortly after and transported back to the port of entry.

Inspection of the vehicle revealed one (1) Mossberg International AR style .22 caliber rifle, nine (9) assorted caliber magazines, one (1) 50 round 9mm caliber drum magazine, and 990 rounds of assorted ammunition.

Homeland Security Investigations special agents subsequently interviewed VILLEGAS and he stated that he has transported firearms and ammunition on ten different occasions.  VILLEGAS added that he was transporting the firearms and ammunition at the direction of a subject in Mexico whom he knows is a Cartel member. VILLEGAS stated he is paid approximately $200 dollars per delivery in Mexico. VILLEGAS further stated he knew it was illegal to export firearms from the U.S. into Mexico and stated he did not have a license to export firearms.


FRANCISCO J MATA
Digitally signed by FRANCISCO J MATA
Date: 2023.05.26 01:57:48 -05'00'

Francisco Javier Mata, Special Agent
Homeland Security Investigations


Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on May 26, 2023.

Ronald G. Morgan
United States Magistrate Judge